821 A.2d 484

IN THE MATTER OF STEVEN W. SMOGER, AN ATTORNEY
AT LAW (ATTORNEY NO. 249951969).

May 7, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–301, concluding pursuant to *Rule* 1:20–14, that as a matter of reciprocal discipline based on this Court's Order of judicial discipline filed on July 3, 2002, **STEVEN W. SMOGER** of **MARGATE**, who was admitted to the bar of this State in 1969, should be reprimanded for violating *RPC* 3.3(a)(1)(candor toward a tribunal), *RPC* 8.4(c)(dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And **STEVEN W. SMOGER** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **STEVEN W. SMOGER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.